## Edward Borkstrom, Appellant, v. South Shore Garages, Inc., Appellee.

**Gen. No. 42,670.**

opinion filed May 23, 1944; rehearing denied June 6, 1944.  Harry S. Posner, for appellant; Arthur A. Wolfinsohn, of counsel; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel.  Opinion by PRESIDING JUSTICE FRIEND.  Not to be published in full.